IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SID CHILDRESS,

      Plaintiff,

v.                                                Case No. _____

ON DECK CAPITAL, INC.,

      Defendant.

## NOTICE OF REMOVAL

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF NEW MEXICO:

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant On Deck Capital, Inc. ("On Deck"), by its attorneys, hereby removes this action now pending in the First Judicial District Court of the State of New Mexico, County of Santa Fe, to the United States District Court for the District of New Mexico. The following is a short and plain statement of the grounds for removal.

## BACKGROUND

1.     On or about December 5, 2016, a Complaint (the "Complaint") was filed in the First Judicial District Court of the State of New Mexico, County of Santa Fe, styled "*Sid Childress v. On Deck Capital, Inc.*" (the "State Court Action"). (True and correct copies of the Summons and Complaint are annexed hereto as Exhibit A.) On or about December 15, 2016, the Complaint was served on On Deck, *via* its registered agent, Corporation Service Company.

2.     To date, no other pleading has been filed in the State Court Action. The time for On Deck to answer or otherwise plead in response to the Complaint has not expired, and On

Deck has not yet filed an answer or other responsive pleading to the Complaint. Rule 1-004 NMRA.

3. The Complaint alleges that On Deck utilizes an automatic telephone dialing system in violation of 47 U.S.C. § 227 (the Telephone Consumer Protection Act of 1991). (*See* Exhibit A, at ¶¶ 7-14) The Complaint further alleges that On Deck utilized such a system to call Plaintiff's cell phone to make telephone solicitations. (Exhibit A, at ¶ 9.)

4. The Complaint also asserts claims for nuisance, trespass, intentional infliction of mental anguish and emotional distress, and violation of New Mexico Unfair Practices Act, NMSA §§ 57-12-22 and 57-12-10. (Exhibit A, at ¶¶ 18, 20.)

5. Plaintiff seeks an injunction and monetary damages. (Exhibit A, at ¶¶ 14-20.)

6. Plaintiff further requests class certification and damages on behalf of all others similarly situated. (Exhibit A, at ¶¶ 21-34.)

## NOTICE OF REMOVAL IS TIMELY

7. This Notice of Removal is timely because it is filed within 30 days of On Deck's receipt of the Complaint. 28 U.S.C. § 1446(b)(1). The Complaint was served on On Deck's registered agent on December 15, 2016.

## REMOVAL JURISDICTION

8. This Court has original subject matter jurisdiction over the State Court Action under 28 U.S.C. § 1331 and the United States Supreme Court decision in *Mims v. Arrow Financial Svcs., L.L.C.*, 132 S.Ct. 740, 181 L.Ed. 2d 881 (2012) because Plaintiff has alleged a cause of action under the TCPA as reflected in Paragraphs 14-15 of his Complaint. It is therefore removable by Defendants to the United States District Court for the District of New Mexico. 28 U.S.C. § 1441(a).

9. This Court has supplemental jurisdiction over Plaintiff's claims for nuisance, trespass, intentional infliction of mental anguish and emotional distress, and violation of New Mexico Unfair Practices Act, NMSA §§ 57-12-22 and 57-12-10, because they form part of the same case or controversy as the alleged TCPA violation. *See* 28 U.S.C. § 1367. Plaintiff's claims do not raise novel or complex issues of New Mexico law, nor do Plaintiff's state law claims predominate over his federal TCPA claim. *See* 28 U.S.C. § 1367(c). This Court also has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1441(c).

10. On Deck is the only defendant named in the Complaint.

### NOTICE TO ADVERSE PARTIES AND STATE COURT

11. A copy of this Notice shall be promptly served on Plaintiff's counsel of record and will be filed with the Clerk of the First Judicial District Court of the State of New Mexico, County of Santa Fe. 28 U.S.C. § 1446(d).

WHEREFORE, On Deck hereby removes the State Court Action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

Respectfully Submitted,

BUTT THORNTON & BAEHR PC

/s/ *Monica R. Garcia*
Monica R. Garcia
*Attorneys for Defendant*
P.O. Box 3170
Albuquerque, NM 87190
(505) 884-0777
mrgarcia@btblaw.com

I HEREBY CERTIFY that on the 17th day of January, 2017, I filed the foregoing electronically through the electronic filing system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Sid Childress
childresslaw@hotmail.com


/s/ *Monica R. Garcia*
Monica R. Garcia

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, expect as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
SID CHILDRESS

**DEFENDANTS**
On Deck Capital, Inc.

(b) County of Residence of First Listed Sandhill, Belize
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant New York, New York
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Sid Childress
PO Box 2327
Santa Fe, NM 87504
Telephone: 505-433-9823

Butt Thornton & Baehr, P.C.
Monica R. Garcia, Esq.
4101 Indian School Rd. N.E. #300
Albuquerque, NM  87110
Telephone: 505-884-0777

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110  Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610  Agriculture | ☐ 422  Appeal 28 USC 158 | ☐ 400  State Reapportionment |
| ☐ 120  Marine | ☐ 310  Airplane | ☐ 362  Personal Injury – Med. Malpractice | ☐ 620  Other Food & Drug | ☐ 423  Withdrawal 28 USC 157 | ☐ 410  Antitrust |
| ☐ 130  Miller Act | ☐ 315  Airplane Product Liability | | ☐ 625  Drug Related Seizure of Property 21 USC 881 | | ☐ 430  Banks and Banking |
| ☐ 140  Negotiable Instrument | | ☐ 365  Personal Injury – Product Liability | | **PROPERTY RIGHTS** | ☐ 450  Commerce/ICC Rates/etc. |
| ☐ 150  Recovery of Overpayment & Enforcement of Judgment | ☐ 320  Assault Libel & Slander | ☐ 368  Asbestos Personal Injury Product Liability | ☐ 630  Liquor Laws | ☐ 820  Copyrights | ☐ 460  Deportation |
| ☐ 151  Medicare Act | ☐ 330  Federal Employers Liability | | ☐ 640  R.R. & Truck | ☐ 830  Patent | ☐ 470  Racketeer Influenced and Corrupt Organizations |
| ☐ 152  Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340  Marine | **PERSONAL PROPERTY** | ☐ 650  Airline Regs. | ☐ 840  Trademark | ☐ 480  Consumer Credit |
| ☐ 153  Recovery of Overpayment of Veteran's Benefits | ☐ 345  Marine Product Liability | ☐ 370  Other Fraud | ☐ 660  Occupational Safety/Heath | | ☐ 480  Cable/Sat TV |
| ☐ 160  Stockholders Suits | | ☐ 371  Truth in Lending | ☐ 690  Other | | ☐ 810  Selective Service |
| ☐ 190  Other Contract | ☐ 350  Motor Vehicle | ☐ 380  Other Personal Property Damage | | | ☐ 850  Securities/Commodities/Exchange |
| ☐ 195  Contract Product Liability | ☐ 355  Motor Vehicle Product Liability | ☐ 385  Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875  Customer Challenge 12 USC 3410 |
| ☐ 196  Franchise | ☒ 360  Other Personal Injury | | ☐ 710  Fair Labor Standards Act | ☐ 861  HIA (1395 ff) | ☒ 890  Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720  Labor/Mgmt Relations | ☐ 862  Black Lung (923) | ☐ 891  Agricultural Acts |
| ☐ 210  Land Condemnation | ☐ 441  Voting | ☐ 510  Motions to Vacate Sentence | ☐ 730  Labor/Mgmt Reporting & Disclosure Act | ☐ 863  DIW C/DIW W (405(g)) | ☐ 892  Economic Stabilization Act |
| ☐ 220  Foreclosure | ☐ 442  Employment | **HABEAS CORPUS:** | ☐ 740  Railway Labor Act | ☐ 864  SSID Title XVI | ☐ 893  Environmental Matters |
| ☐ 230  Rent Lease & Ejectment | ☐ 443  Housings Accommodations | ☐ 530  General | ☐ 790  Other Labor Litigation | ☐ 865  RSI (405(g)) | ☐ 894  Energy Allocation Act |
| ☐ 240  Torts to Land | ☐ 444  Welfare | ☐ 535  Death Penalty | ☐ 791  Empl Ret Inc. Security Act | | ☐ 895  Freedom of Information Act |
| ☐ 245  Tort Product Liability | 440  Other Civil Rights | ☐ 540  Mandamus & Other | | **FEDERAL TAX SUITS** | ☐ 900  Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290  All other Real Property | | ☐ 550  Civil Rights | | ☐ 870  Taxes (U.S. Plaintiff or Defendant) | ☐ 950  Constitutionality of State Statutes |
| | | ☐ 555  Prison Condition | | ☐ 871  IRS – Third Party 26 USC 7609 | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing. (**Do not cite jurisdictional statutes unless diversity.**):
Title 28 Section 1332(a)

Brief description of cause:
Negligence

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in Complaint
**JURY DEMAND:**   ☐YES   ☒ NO

## VIII. RELATED CASES(S) IF ANY
(See instructions)
JUDGE_____   DOCKET NUMBER_____

**DATE**
January 17, 2017

**SIGNATURE OF ATTORNEY OF RECORD**
/s/ Monica R. Garcia

---

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

DISTRICT COURT CLE[RK]
12/5/2016 4:35:16 P[M]
STEPHEN T. PACHE[CO]
Maureen Nara[njo]

STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

SID CHILDRESS,

          Plaintiff,

v.

ON DECK CAPITAL, INC.,

          Defendant.

case no. _____ D-101-CV-2016-02781
Case assigned to Ortiz, Raymond Z.

## COMPLAINT FOR VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT, THE UNFAIR PRACTICES ACT AND TORTS

TO THE HONORABLE COURT:

1. Plaintiff Sid Childress ("Plaintiff") is a real person residing in Santa Fe County, New Mexico who may be contacted through his undersigned attorney.

2. Defendant On Deck Capital Inc. ("Defendant") is a Delaware corporation that may be served process by certified mail, return-receipt requested to its registered agent Corporation Service Company at 2711 Centerville Rd. #400, Wilmington, Delaware 19808.

3. Defendant does business within the State of New Mexico by regularly, automatically, repeatedly telephoning the telephones of New Mexico residents, located within the State of New Mexico, for the purpose of advertising services to New Mexico residents and making telephone solicitations to New Mexico residents.

4. This Court has jurisdiction and venue is proper.

5. Plaintiff's telephone device, to which Plaintiff's phone number sends calls, is a

1


EXHIBIT A

wireless cell phone and is also listed on the national do-not-call registry.

6. Defendant has no regard or concern for the fact that any particular phone number may operate a wireless or cell phone or may be listed on the national do-not-call registry.

7. Defendant intentionally, knowingly and willfully utilizes an automatic telephone dialing system ("ATDS" or "auto-dialer") to place telephone calls to cell phones, without regard for whether the phones are cell-phones or may be listed on the national do-not-call registry.

8. Defendant intentionally utilizes an auto-dialer to seek potential customers for its services.

9. Defendant intentionally, knowingly and willfully used an ATDS to call Plaintiff's cell phone for the purpose of making telephone solicitations.

10. After auto-dialing Plaintiff's cell phone that is listed on the national do-not-call registry, Defendant then intentionally, knowingly and willfully, when Plaintiff answered the phone call, failed to disclose Defendant's name within fifteen (15) seconds.

11. Defendant's auto-dialed robo-calls do not disclose Defendant's name within fifteen (15) seconds of the time the person being called answers.

12. Plaintiff has never had any established business relationship with Defendants.

13. Plaintiff has never consented to being auto-dialed or to being interrupted during work hours because an ATSD nuisance trespassed on his cell phone.

14. Plaintiff hereby brings this action pursuant to 47 U.S.C. § 227 to enjoin Defendants' unlawful behavior and require compliance with federal law regarding auto-dialers and robo-calls to wireless or cell phones.

2

15. Plaintiff hereby brings this action pursuant to 47 U.S.C. § 227 to receive from Defendant $1500 for each of Defendant's auto-dialer robot calls to Plaintiff's cell-phone.

16. Defendants' unlawful behavior set forth above is a nuisance, harassment, waste of Plaintiff's time, and is intentional, willful, wanton, knowingly wrong and reckless.

17. Plaintiff has incurred actual damages as a result of Defendants' unlawful behavior set forth above.

18. Plaintiff hereby sues Defendants for nuisance, trespass and intentional infliction of mental anguish and emotional distress.

19. Plaintiff should have and recover judgment against Defendant for all his actual damages, for nominal damages, and for an amount of punitive or exemplary damages sufficient to set an example and deter in the future the conduct complained of by Defendant or others. All actual, nominal and punitive or exemplary damages to Plaintiff total no more than $50,000.00.

20. Plaintiff hereby brings this action pursuant to the New Mexico Unfair Practices Act, NMSA §§ 57-12-22 and 57-12-10, to recover Plaintiff's attorney fees and costs necessary for this matter, for his damages, to enjoin Defendants' unlawful behavior and require compliance with federal and state law regarding the use of auto-dialers and robo-calls to cell or wireless phones.

Request for Class Certification pursuant to New Mexico Rule of Civil Procedure 1-023

21. Plaintiff brings this case individually and also as a class action on behalf of certain others similarly situated - all persons with 505 area code phone numbers that dial to a wireless or cell phone, and all persons with 505 area code residential phone numbers that are

3

listed on the national do-not-call registry, to which Defendant has used an auto-dialer, ATDS or robo-call to direct telephone solicitations or pre-recorded messages since November 1, 2016.

22. All the non-named class members should recover at least $500 each from the Defendants jointly and severally.

23. The injunction Plaintiff seeks should extend to the benefit of all class members.

24. Common questions of law and fact exist as to all members of the Class, which predominate over any questions affecting only individual members of each Class.

25. All class claims arise from the same practices and methods by Defendant and are all based on similar legal and factual theories.

26. When the common questions are resolved as to Plaintiff, they will also be resolved as to the members of the plaintiff class.

27. The prosecution of separate actions by individual members of the class would create risk of inconsistent or varying adjudications which would establish incompatible standards of conduct for Defendants.

28. Defendants have acted on grounds generally applicable to the class as a whole, thereby making appropriate final relief with respect to the class as a whole.

29. The claims of the named Plaintiff are typical of the claims of the class he seeks to represent, which has the same or similar claims.

30. The members of the plaintiff class have suffered the same injuries and possess the same interests as the Plaintiff.

31. Plaintiff will fairly and adequately represent and protect the interests of the plaintiff

4

class members and has no interests antagonistic to those of the class members.

32. The expense and burden of individual litigation makes it economically infeasible and procedurally impracticable for each member of the plaintiff class to seek redress individually.

33. The existing issues can be determined in a class action in a manageable, time-efficient yet fair manner.

34. Defendants have knowledge of who all the class-members are and the identities of the class members will be discovered from Defendants.

WHEREFORE, Plaintiff prays for entry of judgment for his actual, nominal, statutory, punitive and exemplary damages totaling $50,000.00; for injunctive relief pursuant to the Telephone Consumer Protection Act and the New Mexico Unfair Practices Act; For such other and further relief as the court deems just, proper and lawful; and for all pre-judgment and post-judgment interested allowed by law. Plaintiff prays the court certify a class of Plaintiffs and enter judgment consisting of injunctive relief and damages for each member of the class. Plaintiff requests an award of his attorney fees and costs.

RESPECTFULLY SUBMITTED,

By:  /s/ Sid Childress

Sid Childress, Lawyer
PO Box 2327
Santa Fe, NM 87504
childresslaw@hotmail.com
(505) 433 - 9823
Attorney for Plaintiff





from - Que Pasa Inc.
225 Artist Rd
Santa Fe, NM 87501

attn: Corporation Service Company
2711 Centerville Rd #400
Wilmington, Delaware 19808

Via Cert/fier

U.S. POSTAGE PAID
SANTA FE, NM
87501
DEC 12, 16
AMOUNT
$7.15
R2305H126306-21

DISTRICT COURT CLE[RK]
12/6/2016 11:00:58 [AM]
STEPHEN T. PACHEC[O]
Jill N[...]

| SUMMONS | |
|---|---|
| **First Judicial District Court**<br>Santa Fe County, New Mexico<br>225 Montezuma Ave<br>Santa Fe, NM 87501<br>**Court Telephone:** (505) 455 - 8250 | Case Number: D101-CV-2016-02781<br><br>Judge: Hon. Raymond Z. Ortiz |
| Plaintiff: Sid Childress<br><br>v.<br>Defendant: On Deck Capital Inc. | Defendant name: ON DECK CAPITAL INC.<br>Address: c/o Registered Agent - Corporation Service Company, 2711 Centerville Rd. #400, Wilmington, DE 19808 |

**TO THE ABOVE NAMED DEFENDANT**: Take notice that:

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this 6th day of December, 2016

STEPHEN T PACHECO
CLERK OF COURT

By: /s/ Jill [...]
    Deputy

/s/ Sid Childress

Sid Childress, Lawyer
PO Box 2327
Santa Fe, NM 87504
505-433-9823
Attorney for Plaintiff

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

FILED IN MY OFFICE
DISTRICT COURT CLERK
12/15/2016 7:44:02 PM
STEPHEN T. PACHECO
Victoria Martinez

DISTRICT COURT CLERK
12/6/2016 11:00:58
STEPHEN T. PACHECO
Jill N[...]

| SUMMONS | |
|---|---|
| **First Judicial District Court**<br>Santa Fe County, New Mexico<br>225 Montezuma Ave<br>Santa Fe, NM 87501<br>**Court Telephone:** (505) 455 - 8250 | Case Number: D101-CV-2016-02781<br><br>Judge: Hon. Raymond Z. Ortiz |
| Plaintiff: Sid Childress<br><br>v.<br><br>Defendant: On Deck Capital Inc. | Defendant name: ON DECK CAPITAL INC.<br>Address: c/o Registered Agent - Corporation Service Company, 2711 Centerville Rd. #400, Wilmington, DE 19808 |

**TO THE ABOVE NAMED DEFENDANT:** Take notice that:

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court's address is listed above.

3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6. If you need an interpreter, you must ask for one in writing.

7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Santa Fe, New Mexico, this 6th day of December, 2016

STEPHEN T PACHECO
CLERK OF COURT

By: /s/ Jill N[...]
    Deputy

/s/ Sid Childress

Sid Childress, Lawyer
PO Box 2327
Santa Fe, NM 87504
505-433-9823
Attorney for Plaintiff

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF _____ )ss
COUNTY OF _____ )

I, being duly sworn on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Santa Fe county on the 12 day of December, 2016, by delivering a copy of this summons, with a copy of complaint attached, in the following manner: **(check one box and fill in appropriate blanks)**

__X__ by CERTIFIED MAIL, RETURN-RECEIPT REQUESTED to registered agent Corporation Service Company at 2711 Centerville Rd #400, Wilmington, Delaware 19808

[ ] to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).
After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

_____    Fees: _____
Signature of person making service

Subscribed and sworn to before me this 12 day of December 2016

_____    _____
Judge, notary or other officer authorized to administer oaths    Official Title

OFFICIAL SEAL
Starr M. Clark
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 2/16/17