IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SID CHILDRESS,

      Plaintiff,

v.                                                         Case No. 1:17-cv-00079-KBM/KK

ON DECK CAPITAL, INC.,

      Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their respective counsel, hereby stipulate to a voluntary dismissal of the above-captioned action with prejudice.

Dated: March 2, 2017

| SID CHILDRESS | BUTT THORNTON & BAEHR PC |
|---|---|
| *Plaintiff Pro Se/Attorney for Plaintiff* | *Attorneys for Defendant* |
| | |
| By: /s/Sid Childress (Approved via email 2/28/17) | By: /s/ *Monica R. Garcia* |
|    Sid Childress |    Monica R. Garcia |
|    P.O. Box 2327 |    P.O. Box 3170 |
|    Santa Fe, New Mexico 87504 |    Albuquerque, NM  87190 |
|    (505) 433-9823 |    (505) 884-0777 |
|    childresslaw@hotmail.com |    mrgarcia@btblaw.com |